# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

| | | |
|---|---|---|
| Case Number: 2:05CR1033 | Recorder: CS 11/28/2005 | Date: 11/28/2005 |

Present: The Honorable <u>Jennifer T. Lum</u>, U.S. Magistrate Judge

| | |
|---|---|
| Court Clerk: Maria Cortez | Assistant U.S. Attorney: Wesley Hsu & Rosalind Wang |

| United States of America v. | Attorney Present for Defendant | Language (s) | Interpreter |
|---|---|---|---|
| JESSIE I. LUMADA<br>Bond - Present | Carl Gunn, S/A for Hoyt Sze<br>DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is <u>as charged</u>.

Defendant is given a copy of the <u>Information</u>, acknowledges receipt of a copy and waives reading thereof.

Other: Class A Misdemeanor case. Defendant consents to proceed before a United States Magistrate Judge in a Class A Misdemeanor case. This case is assigned to Magistrate Judge Patrick J. Walsh for the plea and for all further proceedings. Counsel is to contact the clerk to Magistrate Judge Walsh for scheduling of the plea. It is so ordered. Government has stated that they will file with the court a Notice of Related case relating to case number CR 05-1032 CT

0 : 4
Initials of Deputy Clerk: mc

cc: PSA, Statistics Clerk, USM LA

DEC - 6 2005